No. 422. ARONSON *v.* UNITED STATES, *ante,* p. 920;

No. 429. SEAWAY BEVERAGES, INC., *v.* DILLON, SECRETARY OF THE TREASURY, ET AL., *ante,* p. 923;

No. 435. LEVINE *v.* LACY, *ante,* p. 932; and

No. 444. ACE BEER DISTRIBUTORS, INC., *v.* KOHN, INC., ET AL., *ante,* p. 922. Petitions for rehearing denied.

No. 171. TEITELBAUM *v.* CURTIS PUBLISHING Co., *ante,* p. 817. Motion for leave to file a petition for rehearing denied.

No. 227. CORALLO *v.* UNITED STATES, *ante,* p. 835. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 258, Misc. GINGER *v.* BOWLES, JUDGE, *ante,* p. 856;

No. 297, Misc. POWERS *v.* UNITED STATES, *ante,* p. 858;

No. 307, Misc. BROYDE *v.* PERRY, JUDGE, *ante,* p. 900;

No. 324, Misc. MALORY *v.* McGETTRICK, SHERIFF, *ante,* p. 935;

No. 387, Misc. DARNELL *v.* UNITED STATES, *ante,* p. 916;

No. 465, Misc. STELLO *v.* UNITED STATES, *ante,* p. 933;

No. 565, Misc. SPRIGGS *v.* PIONEER CARISSA GOLD MINES, INC., ET AL., *ante,* p. 914;

No. 581, Misc. ZANCA *v.* STICHMAN, *ante,* p. 925; and

No. 591, Misc. DRAPER *v.* RHAY, PENITENTIARY SUPERINTENDENT, *ante,* p. 915. Petitions for rehearing denied.

JANUARY 13, 1964.

No. 53. BROOKS *v.* MISSOURI PACIFIC RAILROAD Co. The motion of *Pat Mehaffy* for leave to withdraw his appearance as counsel for the respondent is granted.